**Michael J. Farrell, OSB No. 902587**
mfarrell@mblglaw.com
**David W. Cramer, OSB No. 113621**
dcramer@mblglaw.com
MB LAW GROUP, LLP
117 SW Taylor Street, Suite 200
Portland, OR 97204
Telephone: 503-914-2015
Facsimile: 503-914-1725

Attorneys for Defendants Pat Salmon & Sons, Inc. and 10 Roads Express, LLC

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| EROAD INC.,<br><br>Plaintiff,<br><br>v.<br><br>PAT SALMON & SONS, INC., dba THE SALMON COMPANIES, and 10 ROADS EXPRESS, LLC,<br><br>Defendants. | Case No. 3:21-cv-1493-AC<br><br>**10 ROADS EXPRESS, LLC'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Fed.R.Civ.P. 7.1 and LR 7.1-1 Defendant 10 Roads Express, LLC ("10 Roads Express") hereby states:

10 Roads Express is a Delaware limited liability company, the membership interests of which are wholly owned by 10 Roads Carriers, LLC. 10 Roads Carriers, LLC is a Delaware limited liability company, the membership interest of which is wholly owned by 10 ROADS LLC.

Page 1 -   10 ROADS EXPRESS, LLC'S RULE 7.1 CORPORATE
DISCLOSURE STATEMENT

MB LAW GROUP, LLP
Attorneys at Law
117 SW Taylor Street, Suite 200
Portland, OR  97204
Telephone: 503-914-2015
Facsimile: 503-914-1725

For purposes of diversity, the ultimate owner/members of 10 Roads LLC are citizens of Nebraska, Illinois and Indiana.

No publicly traded entity owns 10% or more of 10 Roads LLC's membership interests.

DATED:   December 3, 2021.

                MB LAW GROUP, LLP

                s/ Michael J. Farrell
                Michael J. Farrell, OSB No. 902587
                mfarrell@mblglaw.com
                David W. Cramer, OSB No. 113621
                dcramer@mblglaw.com
                117 SW Taylor Street, Suite 200
                Portland, OR 97204
                Telephone:  503-914-2015
                *Attorneys for Defendants Pat Salmon & Sons, Inc. and 10 Roads Express, LLC*

Page 2 -   10 ROADS EXPRESS, LLC'S RULE 7.1 CORPORATE
           DISCLOSURE STATEMENT

MB LAW GROUP, LLP
Attorneys at Law
117 SW Taylor Street, Suite 200
Portland, OR  97204
Telephone: 503-914-2015
Facsimile: 503-914-1725